UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLA LUZUNARIS,

                       Plaintiff,

  -v-

BALY CLEANING SERVICES, INC., et al.,

                       Defendants.

CIVIL ACTION NO. 23 Civ. 11137

(GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

This action is scheduled for a telephonic status conference on **April 17, 2024 at 10:30 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing Please dial (646) 453-4442, Access Code: **488 900 296 #**. The parties must be prepared to discuss the case management schedule and the possibility of settlement.

The parties are directed to complete the Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by **April 15, 2024**. In the event that the parties disagree about the dates or other terms of the proposed scheduling order, they shall file on the docket a joint letter briefly explaining the dispute(s) and competing proposal(s) by **April 15, 2024**.

Dated: March 13, 2024
       New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge