UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLA LUZUNARIS,

                            Plaintiff,

         -v-                                                23-CV-11137 (GHW) (RFT)

                                                            **ORDER**

BALY CLEANING SERVICES, INC. ET AL.,

                            Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Law Firm of Dayrel Sewell, PLLC ("Sewell PLLC") has filed a motion seeking

permission to withdraw as counsel for Defendants Nade Coulibaly-Doucoure and Baly Cleaning

Services, Inc. ("Defendants") (*see* ECF 39-41), which motion was served on Defendants by mail

on August 13, 2024. (*See* ECF 42.) Sewell PLLC has also moved to seal its motion to withdraw

and all related filings. (*See* ECF 38.) These motions fall within the scope of my referral. (*See* ECF

7.)

It is ORDERED that:

1. The motion to seal (ECF 38) is GRANTED, and the Clerk of Court is respectfully

   requested to terminate that motion.

2. If Defendants wish to oppose or otherwise respond to the motion to withdraw,

   they may do so by letter, emailed to the Court at

   TarnofskyNYSDChambers@nysd.uscourts.gov or delivered to the Court by mail,

   courier, or overnight delivery service addressed to:

Chambers of the Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Any such letter must be signed; must include the name and docket number of

this case; must be emailed or delivered to the Court no later than **August 22,**

**2024**; and must be sent, by mail or email, to Sewell PLLC on the same day that it

is sent to the Court.

3. Any other objections or responses to the withdrawal motion must be filed on the

docket no later than **August 22, 2024**.

DATED:  August 13, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge