UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLA LUZUNARIS,

                    Plaintiff,

    -v-

BALY CLEANING SERVICES, INC., et al.,

                    Defendants.

23-CV-11137 (GHW) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 13, 2024, The Law Firm of Dayrel Sewell, PLLC ("Sewell PLLC") filed a motion seeking permission to withdraw as counsel for Defendants Nade Coulibaly-Doucoure and Baly Cleaning Services, Inc. ("Defendants") (*see* ECF 39-41), which motion was served on Defendants by mail on August 13, 2024. (*See* ECF 42.) Defendants were permitted to respond to Sewell PLLC's motion by August 22, 2024. (*See* ECF 43.) Defendants have not done so. However, Sewell PLLC has not filed proof of service of my order (ECF 43) on Defendants.

Accordingly, **by August 26, 2024**, Sewell PLLC shall either (a) file proof of service of ECF 43 on Defendants, serve this order on Defendants by mail and email, and file proof of such service on the docket; or (b) if Sewell PLLC has not served ECF 43 on Defendants, Sewell PLLC shall serve Defendants by mail and email with this order and ECF 43 and file on docket proof of such service. Defendants' time to respond to ECF 43 is extended nunc pro tunc until September 5, 2024.

Additionally, by **August 26, 2024**, Sewell PLLC shall provide Defendants' email and phone number by email to TarnofskyNYSDChambers@nysd.uscourts.gov.

DATED:  August 23, 2024
           New York, New York

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE